**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-cr-00094-REB-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  JEFFREY ROBERT HERMANSEN,

    Defendant.

---

**MOTIONS HEARING AGENDA
(January 13, 2006, at 1:30 p.m.)**

---

**IT IS ORDERED** that at the motions hearing set to commence at 1:30 p.m., on January 13, 2006, the court shall hear pending motions in the following order.  The parties shall organize their presentations accordingly.

| Item No. | Dkt. No. | Motion Title | Date Filed | Action |
|---|---|---|---|---|
| 1 | 255 | Defendant's Motion to Suppress Search Warrant and Evidence Seized | 10/27/05 | |
| 2 | 257 | Defendant's Motion to Suppress Statements | 10/27/05 | |

Dated January 5, 2006, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Robert E. Blackburn
                                              Robert E. Blackburn
                                              United States District Judge