**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00094-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  JEFFREY ROBERT HERMANSEN,

    Defendant.

## RESTITUTION ORDER

**Blackburn, J.**

    The matter is before me for entry of an order for restitution. On July 11, 2006, I conducted a sentencing hearing during which, *inter alia*, I deferred the issue of restitution, pending further hearing or stipulation. The parties have reached a stipulation concerning restitution. *See* **Stipulation Regarding Restitution** [#360] filed July 19, 2006, by defendant, and **Government's Response to Defendant's Stipulation Regarding Restitution** [#364] filed July 24, 2006. I approve the parties' stipulation.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the parties' stipulation concerning restitution as presented in the **Stipulation Regarding Restitution** [#360] filed July 19, 2006, by defendant, and **Government's Response to Defendant's Stipulation Regarding Restitution** [#364] filed July 24, 2006, **IS APPROVED**;

    2. That the defendant, Jeffrey Robert Hermansen, **SHALL PAY RESTITUTION**

**for the benefit of the victims identified by the probation department based on information supplied by the government**[1] in the stipulated amount of $11,225.54; provided, furthermore, that restitution shall be payable to the clerk of the court in installments of not less than $150 per month during the term of supervised release as directed by the probation department; and

      3. That the judgment [#359] entered July 14, 2006, **SHALL BE AMENDED** to include this order for restitution.

      Dated July 26, 2006, at Denver, Colorado.

      **BY THE COURT:**

      **s/ Robert E. Blackburn**
      **Robert E. Blackburn**
      **United States District Judge**

---

[1] The relevant information is contained within a spreadsheet provided by the government to the probation department. The fields within the spreadsheet identifies discreet information about each fraudulent check at issue, including the check number, the account on which the check was written, the name of the bank in which the account existed, the amount of the check, the date of the check, and the payee of the check.